RECEIVED

FEB 2 7 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DONTRALE DEMARKO PHILLIPS, Petitioner | CIVIL ACTION NO. 1:17-CV-01041 |
| VERSUS | JUDGE DRELL |
| DARREL VANNOY, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Phillips's Petition for Writ of Habeas Corpus filed under 28 U.S.C. § 2254 is DENIED and DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Phillips's Motion for Writ of Mandamus (Doc. 33) is DENIED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 26th day of February, 2019.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT